FILED
CLERK, U.S. DISTRICT COURT
MAR 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN RAMIREZ, | Case No. CV 02-3422-PA (OP) |
| Petitioner, | JUDGMENT |
| vs. | |
| ERNEST ROE, et al., | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: March 27, 2008

HONORABLE PERCY ANDERSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge